UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, <br><br> Plaintiff, <br><br> v. <br><br> JIM PENA, in his official capacity as Regional Forester of Region Six U.S. Forest Service; UNITED STATES FOREST SERVICE, an agency of the United States; and RODNEY SMOLDON, in his official capacity as Supervisor of the Colville National Forest, <br><br> Defendants. | NO: 2:16-CV-294-RMP <br><br> ORDER DENYING MOTION FOR RECONSIDERATION |

BEFORE THE COURT is Plaintiff's Motion for Reconsideration, ECF No. 40. The Court has reviewed the motion, the record, and is fully informed.

Plaintiff objects to the Court's ruling allowing Defendants an additional opportunity to respond to Plaintiff's overlength Reply Brief, arguing that no new issues were raised in the Reply and that Defendants have failed to adhere to the word-count limits imposed by the Local Rules. *See* ECF No. 40. The Court granted

ORDER DENYING MOTION FOR RECONSIDERATION ~ 1

1    Defendants an additional response in conjunction with its ruling that allowed

2    Plaintiff to file its overlength Reply Brief, which, the Court notes, is longer than the

3    initial Memorandum in support of the Motion for a Preliminary Injunction (not

4    including the supporting affidavits).  *See* ECF No. 12.  The Court imposed

5    reasonable limits on Defendants' ability to respond and Plaintiff still has the final

6    word.  Therefore, the Court finds no good cause to reconsider its prior order.

7         Accordingly, **IT IS HEREBY ORDERED THAT**:

8         Plaintiff's Motion for Reconsideration, **ECF No. 40**, is **DENIED**.

9         The District Court Clerk is directed to enter this Order and provide copies to

10   counsel.

11        **DATED** this 3rd day of October 2016.

12                                        *s/ Rosanna Malouf Peterson*
                                         ROSANNA MALOUF PETERSON
13                                       United States District Judge

14

15

16

17

18

19

20

21

ORDER DENYING MOTION FOR RECONSIDERATION ~ 2